PROB 12B
(NYEP-11/25/02)

USPO AVALLONE-RICCARDI
CLINTON ST.

# United States District Court
## for the
## Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 15 2006 ★

BROOKLYN OFFICE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  **Brian Rodriguez**          Case Number:  **96-CR-586-01**

Name of Sentencing Judicial Officer:  **The Honorable John Gleeson, United States District Judge**

Date of Original Sentence:  **May 23, 1997**

Original Offense:  **Count 1: 21 USC 846 and 841(b)(1)(B) Conspiracy to Possess With Intent to Distribute Cocaine, a class B felony; Count 2: 21 USC 841(a)(1) and 841(b)(1)(B), Possession With Intent to Distribute Cocaine, a class B felony, and Count 3: 21 USC 841(a)(1) and 841(b)(1)(c), Possession With Intent to Distribute Heroin, a class C felony**

Original Sentence:  **One-hundred and twenty-one months on each of Counts 1, 2, & 3 to run concurrently, five years supervised release, $300 Special Assessment Fee, additional condition to possess no firearm or destructive device**

Type of Supervision:  **Supervised Release**          Date Supervision Commenced:  **July 15, 2005**

================================================================

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

The defendant shall participate in a mental health program for evaluation and/or treatment purposes, including medication if necessary, as arranged by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

## CAUSE

The offender has been under the supervision of the United States Probation Office of the District of Puerto Rico since his release from custody on July 15, 2005. According to U.S. Probation Officer Orlando Rullan, the offender has maintained a secure residence and employment. USPO Rullan, advises, however, that the offender indicates he has been experiencing feelings of depression and anxiety, and has agreed to undergo a mental health evaluation and/or treatment as outlined in the enclosed Waiver of Hearing. We recommend the imposition of this special condition.

Space is provided below for the Court's directive in this matter.

Respectfully submitted by,

*Carolann Avallone-Riccardi*
Carolann Avallone-Riccardi
U.S. Probation Officer
Date: 2/27/06

Approved by,

*Jill Willis for*
Andrew S. Bobbe
Deputy Chief U.S. Probation Officer
Date: 2/20/06

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above

[ ] The Extension of Supervision as Noted Above

[ ] No action

[ ] Other

s/John Gleeson
Signature of Judicial Officer

3/3/06
Date

PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## FOR THE
## District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*"The defendant shall participate in the mental heath program for evaluation and/or treatment purposes, including medication if necessary, as arranged by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer."*

Witness: _____    Signed: _____
**Orlando Rullán**                          **Brian Rodríguez**
**U.S. Probation Officer**

_____11/17/05_____
Date