FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 23 2006 ★
BROOKLYN OFFICE

RECEIVED
AUG - 4 2006
CHAMBERS OF JUDGE GLEESON

MEMORANDUM
TO THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Re: Brian Rodriguez
Docket #: 96-CR-586–01
<u>Request for Jurisdictional Transfer</u>

Reference is made to the above-captioned defendant, for whom we hereby request Your Honor approve a transfer of jurisdiction.

The offender had been found guilty by jury verdict before Your Honor on all counts of a three-count indictment. Count One charged that between May 15, 1996, and May 20, 1996, the offender and Andre Rodriguez conspired to possess with intent to distribute cocaine, in violation of 21 USC 846 and 841(b)(1)(B); Count Two charged that on May 20, 1996, he and Andre Rodriguez possessed with intent to distribute cocaine, in violation of 21 USC 841(a)(1) and 841(b)(1)(B), and Count Three charged that on May 20, 1996, the offender and Andre Rodriguez Possessed With Intent to Distribute Heroin, in violation of 21 USC 841(a)(1) and 841(b)(1)( C). The offender was sentenced before Your Honor on May 23, 1997, to one-hundred and twenty-one months imprisonment on each of counts one, two and three to run concurrently, and five years supervised release with a $300 Special Assessment Fee imposed and with additional conditions the offender report in person to the probation office in the district to which he is released within 72 hours of release from the Bureau of Prisons, pay any fines that remain unpaid at the commencement of the term of supervised release, and not possess a firearm or destructive device. On March 3, 2006, a special condition was imposed with Waiver of Hearing requiring the offender participate in a mental health program for evaluation and/or treatment purposes, including medication if necessary, as arranged by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the Probation Officer.

The offender has been under the supervision of the United States Probation Office of the District of Puerto Rico since his release from custody on July 15, 2005, due to his residence there. According to his probation officer, since his release the offender has maintained a secure residence, permanent employment and has complied with all the imposed supervised release conditions. The offender is currently employed as the manager of a musical group named "Calle 13". As part of his employment responsibilities the offender is required to travel outside the jurisdiction of the United States to promote and participate in the organization of music concerts. Based on his probation officer's recommendation, we approved the offender's recent job-related travel to Honduras, Costa Rica and Nicaragua, leaving on July 27, 2006, and returning on July 31, 2006.

According to his probation officer, the offender intends to remain a resident of Puerto Rico for the duration of his supervised release term, which is scheduled to expire on July 14, 2010. As such, it is requested that Your Honor approve a jurisdictional transfer with a view toward an expeditious handling of any matters which may arise in the future which may require Court intervention. Enclosed in this regard are two Prob 22's initiating the transfer, should the Court be so inclined. We respectfully request that Your Honor sign Part 1 of the Prob 22's and return both originals to undersigned to forward to the Clerk's Office for electronic filing.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____[signature]_____
Carolann Avallone-Riccardi
U.S. Probation Officer

Approved by: _____[signature]_____
Jill D. Williams
Supervising U.S. Probation Officer

July 28, 2006
CAR/s
Encs.

(X) **Jurisdictional transfer approved, signed PROB 22's attached**

( ) **Jurisdictional transfer denied**

( ) **Other directive**

s/John Gleeson                    8-4-06
UNITES STATES DISTRICT JUDGE     Date