| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 23 2006 | DOCKET NUMBER *(Tran. Court)* 96-CR-586-01 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT EASTERN/NEW YORK | DIVISION BROOKLYN OFFICE BROOKLYN, NY |
|---|---|---|
| BRIAN RODRIGUEZ | NAME OF SENTENCING JUDGE JOHN GLEESON, U.S. DISTRICT JUDGE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/15/05 | TO 7/14/10 |

**OFFENSE**

Ct. One: Conspiracy to Possess With Intent to Distribute Cocaine, in violation of 21 USC 846 & 841(b)(1)(B), a class B felony; Ct. Two: Possession With Intent to Distribute Cocaine, in violation of 21 USC 841(a)(1) and 841(b)(1)(B), a class B felony; Ct. Three: Possession With Intent to Distribute Heroin, in violation of 21 USC 841(a)(1) and 841(b)(1)(C), a class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~Eastern~~ District of ~~New York~~ *Puerto Rico* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-4-06                          s/John Gleeson
_____Date_____               _____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____Effective Date_____               _____United States District Judge_____

| **PROB 22** (Rev. 2/88) | **DOCKET NUMBER** *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 96-CR-586-01 |
| | **DOCKET NUMBER** *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| BRIAN RODRIGUEZ | EASTERN/NEW YORK | BROOKLYN, NY |
| | NAME OF SENTENCING JUDGE | |
| | JOHN GLEESON, U.S. DISTRICT JUDGE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/15/05 | TO 7/14/10 |

**OFFENSE**

Ct. One: Conspiracy to Possess With Intent to Distribute Cocaine, in violation of 21 USC 846 & 841(b)(1)(B), a class B felony; Ct. Two: Possession With Intent to Distribute Cocaine, in violation of 21 USC 841(a)(1) and 841(b)(1)(B), a class B felony; Ct. Three: Possession With Intent to Distribute Heroin, in violation of 21 USC 841(a)(1) and 841(b)(1)( C), a class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~Eastern~~ District of ~~New York~~ Puerto Rico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8-4-06_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*